B1 (Official Form 1) (1/08)

<table>
<tr><td colspan="2"><strong>United States Bankruptcy Court<br>Eastern District of Texas</strong></td><td><strong>Voluntary Petition</strong></td></tr>
</table>

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Jenko Contractors, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **20-5539610** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2300 Summerside Ln<br>McKinney, TX**<br>ZIPCODE **75070-2329** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Collin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**1343 Columbia Dr Ste 400, Richardson, TX**               ZIPCODE **75081-2965**

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☑ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

| | Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☑ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Jenko Contractors, Inc.** |
|---|---|

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**Russell A. & Jennifer D. Kovar** | Case Number: | Date Filed: |
|---|---|---|
| District:<br>**Eastern District Of Texas** | Relationship:<br>**Business Owners** | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>    Signature of Attorney for Debtor(s)                  Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Jenko Contractors, Inc.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X */s/ Larry K. Hercules*
Signature of Attorney for Debtor(s)

**Larry K. Hercules 09504200**
**Larry K. Hercules, PC**
**4104 McAlice Court**
**Plano, TX 75093-6832**
**(972) 964-9757 Fax: (972) 964-0120**

**January 27, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Jennifer D. Kovar*
Signature of Authorized Individual

**Jennifer D. Kovar**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**January 27, 2009**
Date

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
# Eastern District of Texas

**IN RE:**                                             Case No. _____

**Jenko Contractors, Inc.** _____ Chapter **7** _____
                            Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 415,000.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 155,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 124,512.25 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | $ 619,262.80 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 7 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 31 | $ 415,000.00 | $ 898,775.05 | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Jenko Contractors, Inc.** _____  Case No. _____
_____Debtor(s)_____                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | TOTAL | 0.00 | |

(Report also on Summary of Schedules)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Jenko Contractors, Inc.** _____     Case No. _____
                                    Debtor(s)                                 (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Business Checking Account at Vision Bank Texas**<br>**Business Checking Account at Wells Fargo Bank** | | **0.00**<br>**0.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Jenko Contractors, Inc.** _____ Case No. _____
                           Debtor(s)                                                  (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Altman Charter** | | **0.00** |
| | | **Carbon Landmark** | | **40,000.00** |
| | | **Crane Contracting** | | **0.00** |
| | | **Meridian** | | **280,000.00** |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **4-Drawer Horizontal File - 5 Yrs. Old** | | **0.00** |
| | | **Lexmark 5400 Printer - 2 Yrs. Old** | | **0.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Kebelco SK210 Excavator** | | **40,000.00** |
| | | **New Hollad LB 75B Backhoe** | | **20,000.00** |
| | | **Tiakeuchi TB-145 Mini Excavator** | | **35,000.00** |

**IN RE** Jenko Contractors, Inc. _____ Case No. _____
                          Debtor(s)                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **415,000.00** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

**IN RE** <u>Jenko Contractors, Inc.</u>                                Case No. _____
                          Debtor(s)                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Jenko Contractors, Inc. _____  Case No. _____
                            Debtor(s)                                                        (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0804766103 in 06442001**<br><br>**CNH Capitol**<br>**PO Box 3600**<br>**Lancaster, PA  17604-3600** | X | | **LB 75B Backhoe/DNS - Equipment Loan/TAMMY**<br><br><br>VALUE $ **20,000.00** | | | | 34,000.00 | 14,000.00 |
| ACCOUNT NO. **0804766103 in 06442003**<br><br>**CNH Capitol**<br>**PO Box 3600**<br>**Lancaster, PA  17604-3600** | X | | **TB 145 Mini Excavator/DNS Equipment/Loan**<br><br><br>VALUE $ **35,000.00** | | | | 66,000.00 | 31,000.00 |
| ACCOUNT NO. **40261116**<br><br>**Irwin Commercial Finance**<br>**330 120th Ave NE Ste 110**<br>**Bellevue, WA  98005-3014** | X | | **Equipment Loan**<br><br><br>VALUE $ **40,000.00** | | | | 55,000.00 | 15,000.00 |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |

_____**0** continuation sheets attached

| | Subtotal<br>(Total of this page) | $ 155,000.00 | $ 60,000.00 |
|---|---|---|---|
| | Total<br>(Use only on last page) | $ 155,000.00 | $ 60,000.00 |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

IN RE **Jenko Contractors, Inc.** _____ Case No. _____
Debtor(s)          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Jenko Contractors, Inc.** _____   Case No. _____
<br>               Debtor(s)                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **20-5539610**<br>**Internal Revenue Service**<br>**1100 Commerce St**<br>**Dallas, TX 75242-1001** | X | | **Business Taxes - 3rd Quarter of 2007** | | | | **12,232.04** | **12,232.04** | |
| ACCOUNT NO. **20-5539610**<br>**Internal Revenue Service**<br>**1100 Commerce St**<br>**Dallas, TX 75242-1001** | X | | **Business Taxes - 4th Quarter of 2008** | | | | **11,624.75** | **11,624.75** | |
| ACCOUNT NO. **20-5539610**<br>**Internal Revenue Service**<br>**1100 Commerce St**<br>**Dallas, TX 75242-1001** | X | | **Business Taxes - 3rd Quarter of 2008** | | | | **31,741.77** | **31,741.77** | |
| ACCOUNT NO. **20-5539610**<br>**Internal Revenue Service**<br>**1100 Commerce St**<br>**Dallas, TX 75242-1001** | X | | **Business Taxes - 2nd Quarter of 2008** | | | | **30,796.55** | **30,796.55** | |
| ACCOUNT NO. **20-5539610**<br>**Internal Revenue Service**<br>**1100 Commerce St**<br>**Dallas, TX 75242-1001** | X | | **Business Taxes - 1st Quarter of 2008** | | | | **24,006.92** | **24,006.92** | |
| ACCOUNT NO. **20-5539610**<br>**Internal Revenue Service**<br>**1100 Commerce St**<br>**Dallas, TX 75242-1001** | X | | **Business Taxes - 4th Quarter of 2007** | | | | **14,110.22** | **14,110.22** | |

Sheet no. **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Totals of this page) | $ **124,512.25** | $ **124,512.25** | $ |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **124,512.25** | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **124,512.25** | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Jenko Contractors, Inc.** _____   Case No. _____
        <span>Debtor(s)</span>                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **A-Tech Survey Supplies** <br> **728 Diamond Cut Dr Ste B** <br> **Corpus Christi, TX  78409-1618** | | | **Vendor/Construction Supply** | | | | **211.90** |
| ACCOUNT NO. <br> **A1 Express** <br> **PO Box 467307** <br> **Atlanta, GA  31146-7307** | X | | **Courier Services** | | | | **45.00** |
| ACCOUNT NO. <br> **Ace Check Cashing** <br> **226 E Main Ave** <br> **Robstown, TX  78380-3350** | X | | **Checking Cashing Store** | | | | **10,000.00** |
| ACCOUNT NO. **15049** <br> **ACT Pipe And Supply** <br> **PO Box 201810** <br> **Houston, TX  77216-1810** | | | **Vendor/Pipe** | | | | **159.29** |

**12** continuation sheets attached

Subtotal
(Total of this page)    $ **10,416.19**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $ _____

**IN RE** **Jenko Contractors, Inc.**        Case No. _____
            Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Alvarez Trucking**<br>**1103 Murdock Rd**<br>**Dallas, TX  75217-6827** | | | **Business Debt** | | | | **825.00** |
| ACCOUNT NO. **236209**<br>**APAC Texas, Inc.**<br>**PO Box 224048**<br>**Dallas, TX  75222-4048** | X | | **Vendor/Asphalt** | | | | **2,079.59** |
| ACCOUNT NO.<br>**AR Shell**<br>**1001 E 15th St**<br>**PO Box 860355**<br>**Plano, TX  75086-0355** | | | **Business Insurance** | | | | **1,110.82** |
| ACCOUNT NO.<br>**Arrowhead**<br>**4700 Singleton Blvd**<br>**Dallas, TX  75212-3333** | X | | **Vendor/Rebar** | | | | **22,818.13** |
| ACCOUNT NO. **47925**<br>**ASCO**<br>**PO Box 3888**<br>**Lubbock, TX  79452-3888** | X | | **Equipment Rental** | | | | **482.72** |
| ACCOUNT NO. **97256206318877**<br>**AT&T**<br>**PO Box 630047**<br>**Dallas, TX  75263-0047** | X | | **Telephone Services** | | | | **577.90** |
| ACCOUNT NO. **JNR ACT T07161**<br>**ATMOS Energy**<br>**PO Box 47640**<br>**Minneapolis, MN  55447** | | | **Damage/Repair** | | | | **1,126.67** |

Sheet no. _____ **1** of _____ **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                          Subtotal
                  (Total of this page)   $   **29,020.83**

                          Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Jenko Contractors, Inc.**
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4339-9300-2342-0641** <br> **Bank Of America** <br> **PO Box 15710** <br> **Wilmington, DE 19886-5170** | X | | **Business Credit Card** | | | | 13,872.62 |
| ACCOUNT NO. **4192-0000-0369-2183** <br> **Bank Of America** <br> **CO Frederick J. Hanna & Assoc PC** <br> **1427 Rosell Road** <br> **Marietta, GA 30062** | X | | **Collection Account on Business Line of Credit** | | | | 4,696.52 |
| ACCOUNT NO. **4192-0000-0468-3892** <br> **Bank Of America** <br> **CO Frederick J. Hanna & Associates, P.C.** <br> **1425 Roswell Rd** <br> **Marietta, GA 30062-3668** | X | | **Collection Account on VISA Business Credit Card** | | | | 27,182.02 |
| ACCOUNT NO. **4339-9300-2495-6643** <br> **Bank Of AMerica** <br> **CO Creditors Interchange** <br> **PO Box 1335** <br> **Buffalo, NY 14240-1335** | | | **Business VISA Credit Card** | | | | 2,349.22 |
| ACCOUNT NO. <br> **Bishop Food Mart** <br> **122 E 4th St** <br> **Bishop, TX 78343-2204** | X | | **Business Debt - Check Cashing Store** | | | | 304.75 |
| ACCOUNT NO. **82113-77642** <br> **Buyers Barricade/Financial Management** <br> **3705 E 1st St** <br> **Fort Worth, TX 76111-5804** | X | | **Vendor/Signs** | | | | 11,285.98 |
| ACCOUNT NO. **04 97135755-01** <br> **Cananwill** <br> **1000 Milwaukee Ave** <br> **Glenview, IL 60025-2423** | | | **Business Insurance** | | | | 28,383.79 |

Sheet no. **2** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **88,074.90**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

IN RE **Jenko Contractors, Inc.** _____ Case No. _____
<span style="margin-left:4em">Debtor(s)</span> <span style="margin-left:20em">(If known)</span>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **880525** <br><br> **Cisco Ford Equipment** <br> **520 SE Loop 338** <br> **Odessa, TX 79762-9767** | X | | **Vendor/Equipment** | | | | **6,415.56** |
| ACCOUNT NO. **603518 55011 05444** <br><br> **CNH Capitol CC** <br> **Dept Ch 10460** <br> **Palatine, IL 60055-0460** | X | | **Credit Card** | | | | **11,214.81** |
| ACCOUNT NO. **JENKO** <br><br> **Concrete Accessories** <br> **3130 Commonwealth Dr** <br> **Dallas, TX 75247-6225** | X | | **Vendor/Supplies** | | | | **11,959.30** |
| ACCOUNT NO. **5909** <br><br> **Contractor Building Supply** <br> **PO Box 9694** <br> **Corpus Christi, TX 78469-9694** | X | | **Vendor/Supplies** | | | | **5,368.78** |
| ACCOUNT NO. **70JENC** <br><br> **Contractors Supply Inc.** <br> **PO Box 150140** <br> **Lufkin, TX 75915-0140** | X | | **Vendor/Supplies** | | | | **6,251.45** |
| ACCOUNT NO. **CCR0021735** <br><br> **Corpus Christi Red Light Enforcement Pro** <br> **PO Box 76907** <br> **Cleveland, OH 44101-6500** | X | | **Toll Roads Business Debt** | | | | **100.00** |
| ACCOUNT NO. <br><br> **County Of Kleberg** <br> **700 E. Kleberg** <br> **PO Box 1411** <br> **Kingsville, TX 78364-1411** | | | **Business Debt - 5 Outstanding Checks** | | | | **6,047.06** |

Sheet no. **3** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **47,356.96**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Jenko Contractors, Inc. _____  Case No. _____
                                    Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **JENKO**<br><br>**Crouch Sand And Gravel**<br>**618 S Belt Line Rd**<br>**Irving, TX 75060-2111** | X | | **Vendor/Sand & Gravel - NSF Check ($4,232.95)** | | | | 4,910.00 |
| ACCOUNT NO. **10279**<br><br>**CRS**<br>**40 Fm 1960 Rd W # 198**<br>**Houston, TX 77090-3530** | X | | **Check Recovery** | | | | 498.00 |
| ACCOUNT NO.<br><br>**Earth Haulers**<br>**11500 Mosier Valley Rd**<br>**Euless, TX 76040-2104** | X | | **Vendor/Sand&Gravel** | | | | 2,115.77 |
| ACCOUNT NO. **3878 9924 3**<br><br>**Federal Express**<br>**Revenue Recovery Dept**<br>**PO Box 94515**<br>**Palatine, IL 60094-4515** | X | | **Business Shipping** | | | | 332.36 |
| ACCOUNT NO.<br><br>**Ferguson Waterworks**<br>**CO Adair, Morris & Osborn, P.C.**<br>**325 N Saint Paul St Ste 4100**<br>**Dallas, TX 75201-3848** | X | | **Business Goods & Services** | | | | 15,142.96 |
| ACCOUNT NO. **15610**<br><br>**Ferguson's**<br>**PO Box 847411**<br>**Dallas, TX 75284-7411** | X | | **Vendor/Pipe** | | | | 41,234.46 |
| ACCOUNT NO. **3 106298 1 39410415**<br><br>**First Federal Leasing**<br>**PO Box 1145**<br>**Richmond, IN 47375-1145** | X | | **Equipment Loan** | | | | 18,734.70 |

Sheet no. ___**4**___ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **82,968.25**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Jenko Contractors, Inc.** _____ Case No. _____

              Debtor(s)                                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**HAAS Resources**<br>**PO Box 271355**<br>**Corpus Christi, TX  78427-1355** | X | | **Vendor/Sand&Gravel** | | | | 12,320.67 |
| ACCOUNT NO. **187399**<br>**HD Water Works**<br>**PO Box 840700**<br>**Dallas, TX  75284-0700** | X | | **Vendor/Pipe** | | | | 6,242.28 |
| ACCOUNT NO. **1 07802 00156**<br>**HEB Pantry**<br>**HEB Check Services**<br>**PO Box 101513**<br>**San Antonio, TX  78201-9513** | X | | **Checking Cashing Store** | | | | 3,163.58 |
| ACCOUNT NO.<br>**Hindeman Construction**<br>**PO Box 80519**<br>**Midland, TX  79708-0519** | | | **Subcontractor** | | | | 500.00 |
| ACCOUNT NO. **JENK0610**<br>**IIS Shoring And Equipment/RMSU**<br>**PO Box 86**<br>**Minneapolis, MN  55486-0749** | | | **Vendor/Equipment** | | | | 10,669.50 |
| ACCOUNT NO.<br>**Ingram Readi-Mix**<br>**3580 Fm 482**<br>**New Braunfels, TX  78132-5012** | X | | **Business Debt** | | | | **unknown** |
| ACCOUNT NO.<br>**Keys Tapping**<br>**PO Box 1149**<br>**Colbert, OK  74733-1149** | | | **Business Debt** | | | | 2,155.00 |

Sheet no. _____**5**___ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                             Subtotal
               (Total of this page) $  **35,051.03**

                                   Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Jenko Contractors, Inc. _____ Case No. _____
                              Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **52401403** <br> **Labor Ready/True Blue** <br> **4200 W Illinois Ave** <br> **Midland, TX 79703-5692** | X | | **Vendor/Labor** | | | | 4,916.72 |
| ACCOUNT NO. **JENKO** <br> **Landmark Equipment/Hallar Harlan** <br> **1351 S Loop 12** <br> **Irving, TX 75060-6319** | X | | **Vendor/Equipment** | | | | 882.88 |
| ACCOUNT NO. <br> **Larry Payne** <br> **PO Box 2298** <br> **Rockport, TX 78381-2298** | X | | **Employee Pay** | | | | 5,257.68 |
| ACCOUNT NO. <br> **Lhema Trucking** <br> **309 W Selman St** <br> **Tyler, TX 75702-5246** | | | **Vendor/Trucking** | | | | 165.00 |
| ACCOUNT NO. <br> **Lonstar Tansportation** <br> **CO Coface Collections North America** <br> **PO Box 8510** <br> **Metairie, LA 70011-8510** | | | **Vendor/Trucking** | | | | 1,659.55 |
| ACCOUNT NO. <br> **Malones Food Stores** <br> **Collection Dept.** <br> **PO Box 494722** <br> **Garland, TX 75049-4722** | | | **NSF Check - Payee: Abel Gonzalez; Bank: Vision Bank Texas; Check: 10261; Amount: $715.02** | | | | 745.02 |
| ACCOUNT NO. **06JENC** <br> **Morrison Supply** <br> **PO Box 70** <br> **Fort Worth, TX 76101-0070** | X | | **Vendor/Pipe** | | | | 3,177.69 |

Sheet no. **6** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **16,804.54**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Jenko Contractors, Inc.** _____ Case No. _____
                       Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Nueces County District Attorney**<br>**Hot Check Division**<br>**901 Leopard St Rm 206**<br>**Corpus Christi, TX 78401-3602** | | | **Business Debt - Returned Checks** | | | | **137.35** |
| ACCOUNT NO. **174457-161928**<br>**Odessa Water**<br>**PO Box 2552**<br>**Odessa, TX 79760-2552** | X | | **Water Bill - 8224 W 16th St, Odessa** | | | | **91.49** |
| ACCOUNT NO. **JENK50**<br>**Park Environmental**<br>**PO Box 41859**<br>**Houston, TX 77241-1859** | X | | **Vendor/Precast Conc** | | | | **4,216.34** |
| ACCOUNT NO.<br>**PLS Check Cashing**<br>**300 N Elizabeth St**<br>**Chicago, IL 60607-1143** | X | | **Checking Cashing Store** | | | | **13,244.76** |
| ACCOUNT NO. **06624846-0**<br>**Progressive Insurance**<br>**PO Box 30108**<br>**Tampa, FL 33630-3108** | X | | **Business Insurance** | | | | **125.90** |
| ACCOUNT NO.<br>**PumpCo**<br>**3501 Tarrant Main St**<br>**Euless, TX 76040-7207** | | | **Vendor/Concrete** | | | | **3,129.00** |
| ACCOUNT NO.<br>**Quality Ready Mix**<br>**333 McBride Ln**<br>**Corpus Christi, TX 78408-2339** | X | | **Vendor/Concrete** | | | | **3,129.00** |

Sheet no. _____**7**___ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **24,073.84**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Jenko Contractors, Inc.**                                    Case No. _____
_____
                    Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6012159** <br> **READ Construction Data** <br> **PO Box 2241** <br> **Carol Stream, IL  60132-2241** | | | **Online Plan Room** | | | | **306.26** |
| ACCOUNT NO. **100175** <br> **Reynolds Asphalt & Construction Co.** <br> **PO Box 370** <br> **Euless, TX  76039-0370** | X | | **Vendor/Asphalt** | | | | **13,654.98** |
| ACCOUNT NO. <br> **Rodriguez Trucking** <br> **3002 33rd St** <br> **Lubbock, TX  79410-3218** | | | **Vendor/Trucking** | | | | **2,800.00** |
| ACCOUNT NO. **618674** <br> **RSC Equipment Rental** <br> **PO Box 840514** <br> **Dallas, TX  75284-0514** | X | | **Vendor Equipment** | | | | **26,642.75** |
| ACCOUNT NO. **8224 W. 16th St** <br> **Rutledge Land Management LLC** <br> **CO Rush Kelly Morgan Dennis Corzine** <br> **4001 E 42nd St Fl 200** <br> **Odessa, TX  79762-5931** | X | | **House - Foreclosed** | | | | **676.35** |
| ACCOUNT NO. <br> **Seely, Jeremy** <br> **3409 Singletree Trl** <br> **Plano, TX  75023-6003** | X | | **Loan** | | | | **12,000.00** |
| ACCOUNT NO. <br> **Seely, Noble** <br> **1431 Tascosa Ct** <br> **Allen, TX  75013-1111** | X | | **Loan** | | | | **22,000.00** |

Sheet no. **8** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **78,080.34**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Jenko Contractors, Inc.**           Case No. _____
_____
Debtor(s)                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **SUM176-@-2223-2**<br>**SummerHouse Apartments**<br>**5401 Burnham Dr**<br>**Corpus Christi, TX 78413-3768** | X | | **Apartment in Corpus Christi, Texas** | | | | **3,145.11** |
| ACCOUNT NO. **50390**<br>**Sunbelt Rentals**<br>**PO Box 49211**<br>**Atlanta, GA 30359-1211** | X | | **Vendor/Equipment** | | | | **44,727.74** |
| ACCOUNT NO.<br>**Suncoast Resources**<br>**PO Box 972321**<br>**Dallas, TX 75397-0321** | X | | **Vendor/Fuel** | | | | **11,824.59** |
| ACCOUNT NO.<br>**Sunny Food Mart**<br>**211 S Beckley Ave**<br>**Dallas, TX 75203-2612** | X | | **Checking Cashing Store** | | | | **880.11** |
| ACCOUNT NO. **109831**<br>**Symons Of Dayton**<br>**PO Box 9658**<br>**Minneapolis, MN 55440-9658** | X | | **Vendor/Forms** | | | | **2,646.37** |
| ACCOUNT NO. **009021**<br>**Tarrant Concrete**<br>**PO Box 6194**<br>**Fort Worth, TX 76115-0194** | X | | **Vendor/Concrete** | | | | **36,000.00** |
| ACCOUNT NO. **200024514**<br>**Texans Credit Union**<br>**PO Box 853912**<br>**Richardson, TX 75085-3912** | X | | **Line of Credit** | | | | **7,250.41** |

Sheet no. ___**9**___ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **106,474.33**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Jenko Contractors, Inc.**                                    Case No. _____
_____                                         _____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **TSF-0001179819** <br> **Texas Mutual Insurance** <br> **6210 E Highway 290** <br> **Austin, TX 78723-1026** | X | | **Business Insurance** | | | | **2,663.00** |
| ACCOUNT NO. <br> **Texas Star Concrete** <br> **PO Box 1147** <br> **Euless, TX 76039-1147** | | | **Vendor/Concrete Cutting** | | | | **11,000.00** |
| ACCOUNT NO. **0011510191** <br> **Texas State Disbursement Unit** <br> **Finance Department** <br> **PO Box 245993** <br> **San Antonio, TX 78224-5993** | | | **Texas State Disbursement** | | | | **129.21** |
| ACCOUNT NO. **22778126** <br> **Texas Tollways** <br> **CO NCO Financial Systems** <br> **PO Box 51090** <br> **New Berlin, WI 53151** | X | | **Toll Roads** | | | | **192.10** |
| ACCOUNT NO. **27254784** <br> **Texas Tollways NTTA** <br> **CO Southwest Credit** <br> **PO Box 1985** <br> **Southgate, MI 48195-0985** | X | | **Toll Roads Business Debt** | | | | **208.30** |
| ACCOUNT NO. **TWC 11-112090--0** <br> **Texas Workforce Commission** <br> **Cashir - C3** <br> **PO Box 149037** <br> **Austin, TX 78714-9037** | X | | **TWFC John Mason** | | | | **4,990.47** |
| ACCOUNT NO. **1150899** <br> **Time Warner** <br> **CO Amerisure Insurance** <br> **5221 N O Connor Blvd Ste 400** <br> **Irving, TX 75039-3711** | | | **07/01/2008 - Meridian Commercial - West Park Apartments damages.** | | | | **unknown** |

Sheet no. **10** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **19,183.08**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Jenko Contractors, Inc.** _____ Case No. _____
                                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. _(See Instructions Above.)_ | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Tooth Pro** <br> **PO Box 776** <br> **Mansfield, TX 76063-0776** | X | | **Vendor/Equipment NFS Check** | | | | **1,100.00** |
| ACCOUNT NO. <br> **Tren Tech** <br> **828 Howell Dr** <br> **Coppell, TX 75019-4527** | | | **Engineer** | | | | **350.00** |
| ACCOUNT NO. **823-7271-99-7 & 623-9959-** <br> **TXU Energy** <br> **PO Box 100001** <br> **Dallas, TX 75310-0001** | X | | **Electric Bill for 8224 West 16th , Odessa, Texas** | | | | **57.17** |
| ACCOUNT NO. **1031363** <br> **United Rentals** <br> **Credit Office** <br> **#584 File 51122** <br> **Los Angeles, CA 90074-1122** | X | | **Vendor/Equipment** | | | | **31,458.44** |
| ACCOUNT NO. **JENKO610** <br> **US Shoring & Equipment RMS** <br> **PO Box 86** <br> **Minneapolis, MN 55486-0086** | X | C | **Vendor/Equipment** | | | | **10,669.50** |
| ACCOUNT NO. **921059210-00001** <br> **Verizon Wireless/Vantage** <br> **PO Box 660108** <br> **Dallas, TX 75266-0108** | X | | **Cellular Phone** | | | | **230.72** |
| ACCOUNT NO. **Loan 3139** <br> **Vision Bank** <br> **401 George Bush Fwy Ste 101** <br> **Richardson, TX 75080** | X | | **Business Loan** | | | | **25,000.00** |

Sheet no. ___**11**___ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **68,865.83**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

IN RE **Jenko Contractors, Inc.**                                   Case No. _____
_____                          _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **201301** <br> **Vision Bank** <br> **401 George Bush Fwy Ste 101** <br> **Richardson, TX  75080** | X | | **Business Checking - Operating** | | | | 31.57 |
| ACCOUNT NO. **201319** <br> **Vision Bank** <br> **401 George Bush Fwy Ste 101** <br> **Richardson, TX  75080** | X | | **Business Checking - Payroll** | | | | 823.63 |
| ACCOUNT NO. **645-2519306** <br> **Wells Fargo** <br> **6375 W Eldorado Pkwy** <br> **McKinney, TX  75070-5627** | X | | **Business Checking Account** | | | | 7,078.08 |
| ACCOUNT NO. **0002000938** <br> **Wilke Tire Service, Inc.** <br> **1202 S Port Ave** <br> **Corpus Christi, TX  78405-2308** | | | **Vendor/Construction Supply** | | | | 1,443.73 |
| ACCOUNT NO. <br> **Zeke's Construction** <br> **4526 Orchid Ln** <br> **Corpus Christi, TX  78416-1102** | | | **Subcontractor** | | | | 2,000.00 |
| ACCOUNT NO. **M017895089-001-0001** <br> **Zurich** <br> **8712 Innovation Way** <br> **Chicago, IL  60682-0087** | | | **Business Insurance** | | | | 1,515.67 |
| ACCOUNT NO. | | | | | | | |

Sheet no. **12** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **12,892.68**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **619,262.80**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Jenko Contractors, Inc.**                                    Case No. _____
                          Debtor(s)                                                      (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **First Federal Leasing**<br>**31 N 9th St**<br>**Richmond, IN  47374-3171** | **JCB214 Series 2 Backhoe, Extend-a-hoe s/n**<br>**SLP214TCS0438290** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Jenko Contractors, Inc. _____    Case No. _____
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE H - CODEBTORS

　　Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Jennifer Kovar<br>2300 Summerside Ln<br>McKinney, TX  75070-2329 | Bank Of America<br>PO Box 15710<br>Wilmington, DE  19886-5170<br><br>Bank Of America<br>CO Frederick J. Hanna & Assoc PC<br>1427 Rosell Road<br>Marietta, GA  30062<br><br>Bank Of America<br>CO Frederick J. Hanna & Associates, P.C.<br>1425 Roswell Rd<br>Marietta, GA  30062-3668<br><br>Ferguson's<br>PO Box 847411<br>Dallas, TX  75284-7411<br><br>Internal Revenue Service<br>1100 Commerce St<br>Dallas, TX  75242-1001<br><br>Irwin Commercial Finance<br>330 120th Ave NE Ste 110<br>Bellevue, WA  98005-3014<br><br>Vision Bank<br>401 George Bush Fwy Ste 101<br>Richardson, TX  75080<br><br>Vision Bank<br>401 George Bush Fwy Ste 101<br>Richardson, TX  75080<br><br>Vision Bank<br>401 George Bush Fwy Ste 101<br>Richardson, TX  75080<br><br>Wells Fargo<br>6375 W Eldorado Pkwy<br>McKinney, TX  75070-5627<br><br>Internal Revenue Service<br>1100 Commerce St<br>Dallas, TX  75242-1001<br><br>Internal Revenue Service<br>1100 Commerce St<br>Dallas, TX  75242-1001 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Jenko Contractors, Inc. _____ Case No. _____
<br>
<span style="margin-left:2em">Debtor(s)</span> <span style="float:right">(If known)</span>

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **Internal Revenue Service**<br>1100 Commerce St<br>Dallas, TX 75242-1001 |
| | **Internal Revenue Service**<br>1100 Commerce St<br>Dallas, TX 75242-1001 |
| | **Internal Revenue Service**<br>1100 Commerce St<br>Dallas, TX 75242-1001 |
| | **Ferguson Waterworks**<br>CO Adair, Morris & Osborn, P.C.<br>325 N Saint Paul St Ste 4100<br>Dallas, TX 75201-3848 |
| **Russell Kovar**<br>2300 Summerside Ln<br>McKinney, TX 75070-2329 | **A1 Express**<br>PO Box 467307<br>Atlanta, GA 31146-7307 |
| | **Ace Check Cashing**<br>226 E Main Ave<br>Robstown, TX 78380-3350 |
| | **APAC Texas, Inc.**<br>PO Box 224048<br>Dallas, TX 75222-4048 |
| | **Arrowhead**<br>4700 Singleton Blvd<br>Dallas, TX 75212-3333 |
| | **ASCO**<br>PO Box 3888<br>Lubbock, TX 79452-3888 |
| | **AT&T**<br>PO Box 630047<br>Dallas, TX 75263-0047 |
| | **Bank Of America**<br>PO Box 15710<br>Wilmington, DE 19886-5170 |
| | **Bank Of America**<br>CO Frederick J. Hanna & Associates, P.C.<br>1425 Roswell Rd<br>Marietta, GA 30062-3668 |
| | **Bishop Food Mart**<br>122 E 4th St<br>Bishop, TX 78343-2204 |
| | **Buyers Barricade/Financial Management**<br>3705 E 1st St<br>Fort Worth, TX 76111-5804 |
| | **Cisco Ford Equipment** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Jenko Contractors, Inc. _____ Case No. _____

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | 520 SE Loop 338<br>Odessa, TX 79762-9767<br><br>**CNH Capitol CC**<br>Dept Ch 10460<br>Palatine, IL 60055-0460<br><br>**CNH Capitol**<br>PO Box 3600<br>Lancaster, PA 17604-3600<br><br>**CNH Capitol**<br>PO Box 3600<br>Lancaster, PA 17604-3600<br><br>**Concrete Accessories**<br>3130 Commonwealth Dr<br>Dallas, TX 75247-6225<br><br>**Contractor Building Supply**<br>PO Box 9694<br>Corpus Christi, TX 78469-9694<br><br>**Contractors Supply Inc.**<br>PO Box 150140<br>Lufkin, TX 75915-0140<br><br>**Crouch Sand And Gravel**<br>618 S Belt Line Rd<br>Irving, TX 75060-2111<br><br>**CRS**<br>40 Fm 1960 Rd W # 198<br>Houston, TX 77090-3530<br><br>**Earth Haulers**<br>11500 Mosier Valley Rd<br>Euless, TX 76040-2104<br><br>**Federal Express**<br>Revenue Recovery Dept<br>PO Box 94515<br>Palatine, IL 60094-4515<br><br>**Ferguson's**<br>PO Box 847411<br>Dallas, TX 75284-7411<br><br>**First Federal Leasing**<br>PO Box 1145<br>Richmond, IN 47375-1145<br><br>**HAAS Resources**<br>PO Box 271355<br>Corpus Christi, TX 78427-1355<br><br>**HD Water Works**<br>PO Box 840700 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Jenko Contractors, Inc.** _____ Case No. _____

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Dallas, TX  75284-0700 |
| | **HEB Pantry**<br>**HEB Check Services**<br>PO Box 101513<br>San Antonio, TX  78201-9513 |
| | **Ingram Readi-Mix**<br>3580 Fm 482<br>New Braunfels, TX  78132-5012 |
| | **Internal Revenue Service**<br>1100 Commerce St<br>Dallas, TX  75242-1001 |
| | **Irwin Commercial Finance**<br>330 120th Ave NE Ste 110<br>Bellevue, WA  98005-3014 |
| | **Labor Ready/True Blue**<br>4200 W Illinois Ave<br>Midland, TX  79703-5692 |
| | **Landmark Equipment/Hallar Harlan**<br>1351 S Loop 12<br>Irving, TX  75060-6319 |
| | **Larry Payne**<br>PO Box 2298<br>Rockport, TX  78381-2298 |
| | **Morrison Supply**<br>PO Box 70<br>Fort Worth, TX  76101-0070 |
| | **Odessa Water**<br>PO Box 2552<br>Odessa, TX  79760-2552 |
| | **Park Environmental**<br>PO Box 41859<br>Houston, TX  77241-1859 |
| | **PLS Check Cashing**<br>300 N Elizabeth St<br>Chicago, IL  60607-1143 |
| | **Quality Ready Mix**<br>333 McBride Ln<br>Corpus Christi, TX  78408-2339 |
| | **Reynolds Asphalt & Construction Co.**<br>PO Box 370<br>Euless, TX  76039-0370 |
| | **RSC Equipment Rental**<br>PO Box 840514<br>Dallas, TX  75284-0514 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Jenko Contractors, Inc.** _____ Case No. _____

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Rutledge Land Management LLC<br>CO Rush Kelly St Morgan Dennis Corzine<br>4001 E 42nd St Fl 200<br>Odessa, TX  79762-5931 |
| | Seely, Jeremy<br>3409 Singletree Trl<br>Plano, TX  75023-6003 |
| | Seely, Noble<br>1431 Tascosa Ct<br>Allen, TX  75013-1111 |
| | SummerHouse Apartments<br>5401 Burnham Dr<br>Corpus Christi, TX  78413-3768 |
| | Sunny Food Mart<br>211 S Beckley Ave<br>Dallas, TX  75203-2612 |
| | Sunbelt Rentals<br>PO Box 49211<br>Atlanta, GA  30359-1211 |
| | Suncoast Resources<br>PO Box 972321<br>Dallas, TX  75397-0321 |
| | Symons Of Dayton<br>PO Box 9658<br>Minneapolis, MN  55440-9658 |
| | Tarrant Concrete<br>PO Box 6194<br>Fort Worth, TX  76115-0194 |
| | Texans Credit Union<br>PO Box 853912<br>Richardson, TX  75085-3912 |
| | Texas Mutual Insurance<br>6210 E Highway 290<br>Austin, TX  78723-1026 |
| | Texas Tollways<br>CO NCO Financial Systems<br>PO Box 51090<br>New Berlin, WI  53151 |
| | Texas Tollways NTTA<br>CO Southwest Credit<br>PO Box 1985<br>Southgate, MI  48195-0985 |
| | Corpus Christi Red Light Enforcement Pro<br>PO Box 76907 |

**IN RE** Jenko Contractors, Inc. _____ Case No. _____
Debtor(s) (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Cleveland, OH  44101-6500 |
| | **Texas Workforce Commission**<br>Cashir - C3<br>PO Box 149037<br>Austin, TX  78714-9037 |
| | **Tooth Pro**<br>PO Box 776<br>Mansfield, TX  76063-0776 |
| | **TXU Energy**<br>PO Box 100001<br>Dallas, TX  75310-0001 |
| | **United Rentals**<br>Credit Office<br>#584 File 51122<br>Los Angeles, CA  90074-1122 |
| | **Verizon Wireless/Vantage**<br>PO Box 660108<br>Dallas, TX  75266-0108 |
| | **Vision Bank**<br>401 George Bush Fwy Ste 101<br>Richardson, TX  75080 |
| | **Vision Bank**<br>401 George Bush Fwy Ste 101<br>Richardson, TX  75080 |
| | **Vision Bank**<br>401 George Bush Fwy Ste 101<br>Richardson, TX  75080 |
| | **Wells Fargo**<br>6375 W Eldorado Pkwy<br>McKinney, TX  75070-5627 |
| | **US Shoring & Equipment RMS**<br>PO Box 86<br>Minneapolis, MN  55486-0086 |
| | **Progressive Insurance**<br>PO Box 30108<br>Tampa, FL  33630-3108 |
| | **Internal Revenue Service**<br>1100 Commerce St<br>Dallas, TX  75242-1001 |
| | **Internal Revenue Service**<br>1100 Commerce St<br>Dallas, TX  75242-1001 |
| | **Internal Revenue Service**<br>1100 Commerce St |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Jenko Contractors, Inc. _____ Case No. _____
<span style="float:left">Debtor(s)</span> <span style="float:right">(If known)</span>

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Dallas, TX 75242-1001<br><br>**Internal Revenue Service**<br>**1100 Commerce St**<br>**Dallas, TX 75242-1001**<br><br>**Internal Revenue Service**<br>**1100 Commerce St**<br>**Dallas, TX 75242-1001**<br><br>**Ferguson Waterworks**<br>**CO Adair, Morris & Osborn, P.C.**<br>**325 N Saint Paul St Ste 4100**<br>**Dallas, TX 75201-3848** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Jenko Contractors, Inc.** _____  Case No. _____
Debtor(s) (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____
Debtor

Date: _____     Signature: _____
(Joint Debtor, if any)
[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Jenko Contractors, Inc.** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**32** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **January 27, 2009** _____     Signature: ***/s/ Jennifer D. Kovar*** _____

<strong>Jennifer D. Kovar</strong>
(Print or type name of individual signing on behalf of debtor)

<em>[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]</em>

<em>Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.</em>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (12/07)

**United States Bankruptcy Court**
**Eastern District of Texas**

IN RE:                                                          Case No. _____

**Jenko Contractors, Inc.** _____   Chapter **7** _____
                            Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

## 1. Income from employment or operation of business

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 376,120.50 | 2007 - Gross Income |
| 1,227,231.89 | 2008 - Gross Income |
| 0.00 | 2009 - Gross Income |

## 2. Income other than from employment or operation of business

None ☑  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 3. Payments to creditors
*Complete a. or b., as appropriate, and c.*

None ☑  *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached Schedule** | | **0.00** | **0.00** |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Ferguson Waterworks vs. Jenko Contractors, Inc., Russell Kovar, Jointly and Severally - Case No. CC-08-10503-C** | **Suit on Account** | **In the County Court at Law No. 3 of Dallas County, Texas** | **Pending** |
| **Texans Credit Union vs. Russell A. Kovar - Case No. JC08-00716C** | **Suit on Account** | **In The Justice Court Precinct 3 Place 2, Dallas County, Texas** | **Pending** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None ☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Computer Accer Laptop @$600; 27" TV @ $600; Golf Clubs @ $800; Fishing Rod and Tackle @ $400;** | **Theft at Summerhouse Apartments, Corpus Christi, Texas** | **December 10, 2008** |

**Pipe Laser Level @ $6,500; Builders Level @ $800; Laser Level @ $1,200.**

---

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Larry K. Hercules, Esq.**<br>**1400 Preston Rd Ste 280**<br>**Plano, TX  75093-5185** | | |

---

### 10. Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

### 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Bank Of America**<br>**PO Box 25118**<br>**Tampa, FL  33622-5118** | **Business Economy Checking/4880 0439 xxxx** | **$0.00/January, 2009** |
| **Vision Bank Texas**<br>**401 George Bush Fwy Ste 101**<br>**Richardson, TX  75080** | **Operating/201301** | **$31.57/January, 2009** |
| **Vision Bank Texas**<br>**401 George Bush Fwy Ste 101**<br>**Richardson, TX  75080** | **Business Checking/201319** | **$823.63/January, 2009** |
| **Texans Credit Union**<br>**PO Box 853912**<br>**Richardson, TX  75085-3912** | **Business Checking/.10000027690** | **$0.00/January, 2009** |
| **Texans Credit Union**<br>**PO Box 853912**<br>**Richardson, TX  75085-3912** | **Business Savings/10000027700** | **$0.00/January, 2009** |

---

### 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**14. Property held for another person**

☑ None  List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

☐ None  If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 1343 Columbia Drive, Suite 400, Richardson, Texas, 75081 | Jenko Contractors, Inc. | July 1, 2007 - November, 2007 |

---

**16. Spouses and Former Spouses**

☑ None  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

☑ None  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

☑ None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☑ None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

**18. Nature, location and name of business**

☐ None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Jenko Contractors, Inc. | 20-5539610 | 2300 Summerside Ln McKinney, TX 75070-2329 | Backhoe | |

---

☑ None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.



© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☑   a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☑   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Russell Kovar**
**2300 Summerside Ln**
**McKinney, TX  75070-2329**

None ☐   d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Vision Bank of Texas** | **May, 2008 to Approx July, 2008** |

**20. Inventories**

None ☑   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☑   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Russell Kovar**<br>**2300 Summerside Ln**<br>**McKinney, TX  75070-2329** | | |

**22. Former partners, officers, directors and shareholders**

None ☑   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

## 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **January 27, 2009**  Signature: ***/s/ Jennifer D. Kovar***

**Jennifer D. Kovar, President**

Print Name and Title

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
# Eastern District of Texas

**IN RE:**                                                                                           Case No. _____

**Jenko Contractors, Inc.** _____     Chapter **7** _____
                                           Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**3,000.00**

    Prior to the filing of this statement I have received  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

    Balance Due  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**3,000.00**

2.  The source of the compensation paid to me was:  ☑ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:  ☑ Debtor   ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**January 27, 2009**_____     _____**/s/ Larry K. Hercules**_____
                            Date                                                                     **Larry K. Hercules 09504200**
                                                                                                        **Larry K. Hercules, PC**
                                                                                                        **4104 McAlice Court**
                                                                                                        **Plano, TX  75093-6832**
                                                                                                        **(972) 964-9757  Fax: (972) 964-0120**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Eastern District of Texas**

IN RE:                                                    Case No. _____

Jenko Contractors, Inc.                                  Chapter **7** _____
_____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **January 27, 2009**                Signature: */s/ Jennifer D. Kovar* _____
                                                   **Jennifer D. Kovar, President**
                                                                                 Debtor

Date: _____            Signature: _____
                                                                            Joint Debtor, if any

A-Tech Survey Supplies
728 Diamond Cut Dr Ste B
Corpus Christi, TX  78409-1618


A1 Express
PO Box 467307
Atlanta, GA  31146-7307


Ace Check Cashing
226 E Main Ave
Robstown, TX  78380-3350


ACT Pipe And Supply
PO Box 201810
Houston, TX  77216-1810


Alvarez Trucking
1103 Murdock Rd
Dallas, TX  75217-6827


APAC Texas, Inc.
PO Box 224048
Dallas, TX  75222-4048


AR Shell
1001 E 15th St
PO Box 860355
Plano, TX  75086-0355


Arrowhead
4700 Singleton Blvd
Dallas, TX  75212-3333


ASCO
PO Box 3888
Lubbock, TX  79452-3888

AT&T
PO Box 630047
Dallas, TX  75263-0047


ATMOS Energy
PO Box 47640
Minneapolis, MN  55447


Attorney General Of Texas
Tax Division - Bankruptcy
PO Box 12548
Austin, TX  78711-2548


Bank Of America
PO Box 15710
Wilmington, DE  19886-5170


Bank Of America
CO Frederick J. Hanna & Assoc PC
1427 Rosell Road
Marietta, GA  30062


Bank Of America
CO Frederick J. Hanna & Associates, P.C.
1425 Roswell Rd
Marietta, GA  30062-3668


Bank Of AMerica
CO Creditors Interchange
PO Box 1335
Buffalo, NY  14240-1335


Bishop Food Mart
122 E 4th St
Bishop, TX  78343-2204

Buyers Barricade/Financial Management
3705 E 1st St
Fort Worth, TX  76111-5804


Cananwill
1000 Milwaukee Ave
Glenview, IL  60025-2423


Cisco Ford Equipment
520 SE Loop 338
Odessa, TX  79762-9767


CNH Capitol
PO Box 3600
Lancaster, PA  17604-3600


CNH Capitol CC
Dept Ch 10460
Palatine, IL  60055-0460


Concrete Accessories
3130 Commonwealth Dr
Dallas, TX  75247-6225


Contractor Building Supply
PO Box 9694
Corpus Christi, TX  78469-9694


Contractors Supply Inc.
PO Box 150140
Lufkin, TX  75915-0140


Corpus Christi Red Light Enforcement Pro
PO Box 76907
Cleveland, OH  44101-6500

County Of Kleberg
700 E. Kleberg
PO Box 1411
Kingsville, TX  78364-1411


Crouch Sand And Gravel
618 S Belt Line Rd
Irving, TX  75060-2111


CRS
40 Fm 1960 Rd W # 198
Houston, TX  77090-3530


Earth Haulers
11500 Mosier Valley Rd
Euless, TX  76040-2104


Federal Express
Revenue Recovery Dept
PO Box 94515
Palatine, IL  60094-4515


Ferguson Waterworks
CO Adair, Morris & Osborn, P.C.
325 N Saint Paul St Ste 4100
Dallas, TX  75201-3848


Ferguson's
PO Box 847411
Dallas, TX  75284-7411


First Federal Leasing
PO Box 1145
Richmond, IN  47375-1145

First Federal Leasing
31 N 9th St
Richmond, IN   47374-3171


HAAS Resources
PO Box 271355
Corpus Christi, TX   78427-1355


HD Water Works
PO Box 840700
Dallas, TX   75284-0700


HEB Pantry
HEB Check Services
PO Box 101513
San Antonio, TX   78201-9513


Hindeman Construction
PO Box 80519
Midland, TX   79708-0519


IIS Shoring And Equipment/RMSU
PO Box 86
Minneapolis, MN   55486-0749


Ingram Readi-Mix
3580 Fm 482
New Braunfels, TX   78132-5012


Internal Revenue Service
1100 Commerce St
Dallas, TX   75242-1001


Irwin Commercial Finance
330 120th Ave NE Ste 110
Bellevue, WA   98005-3014

Jennifer Kovar
2300 Summerside Ln
McKinney, TX  75070-2329


Keys Tapping
PO Box 1149
Colbert, OK  74733-1149


Labor Ready/True Blue
4200 W Illinois Ave
Midland, TX  79703-5692


Landmark Equipment/Hallar Harlan
1351 S Loop 12
Irving, TX  75060-6319


Larry Payne
PO Box 2298
Rockport, TX  78381-2298


Lhema Trucking
309 W Selman St
Tyler, TX  75702-5246


Lonstar Tansportation
CO Coface Collections North America
PO Box 8510
Metairie, LA  70011-8510


Malones Food Stores
Collection Dept.
PO Box 494722
Garland, TX  75049-4722

Morrison Supply
PO Box 70
Fort Worth, TX  76101-0070


Nueces County District Attorney
Hot Check Division
901 Leopard St Rm 206
Corpus Christi, TX  78401-3602


Odessa Water
PO Box 2552
Odessa, TX  79760-2552


Office Of The U.S. Trustee
Eastern District Of Texas
211 W Ferguson St 4th Fl
Tyler, TX  75702-7200


Park Environmental
PO Box 41859
Houston, TX  77241-1859


PLS Check Cashing
300 N Elizabeth St
Chicago, IL  60607-1143


Progressive Insurance
PO Box 30108
Tampa, FL  33630-3108


PumpCo
3501 Tarrant Main St
Euless, TX  76040-7207

Quality Ready Mix
333 McBride Ln
Corpus Christi, TX  78408-2339


READ Construction Data
PO Box 2241
Carol Stream, IL  60132-2241


Reynolds Asphalt & Construction Co.
PO Box 370
Euless, TX  76039-0370


Rodriguez Trucking
3002 33rd St
Lubbock, TX  79410-3218


RSC Equipment Rental
PO Box 840514
Dallas, TX  75284-0514


Russell Kovar
2300 Summerside Ln
McKinney, TX  75070-2329


Rutledge Land Management LLC
CO Rush Kelly Morgan Dennis Corzine
4001 E 42nd St Fl 200
Odessa, TX  79762-5931


Seely, Jeremy
3409 Singletree Trl
Plano, TX  75023-6003


Seely, Noble
1431 Tascosa Ct
Allen, TX  75013-1111

State Comptroller Of Texas
Capital Station
111 E. 17th Street
Austin, TX  78774-1440


SummerHouse Apartments
5401 Burnham Dr
Corpus Christi, TX  78413-3768


Sunbelt Rentals
PO Box 49211
Atlanta, GA  30359-1211


Suncoast Resources
PO Box 972321
Dallas, TX  75397-0321


Sunny Food Mart
211 S Beckley Ave
Dallas, TX  75203-2612


Symons Of Dayton
PO Box 9658
Minneapolis, MN  55440-9658


Tarrant Concrete
PO Box 6194
Fort Worth, TX  76115-0194


Texans Credit Union
PO Box 853912
Richardson, TX  75085-3912


Texas Mutual Insurance
6210 E Highway 290
Austin, TX  78723-1026

```
Texas Star Concrete
PO Box 1147
Euless, TX  76039-1147


Texas State Disbursement Unit
Finance Department
PO Box 245993
San Antonio, TX  78224-5993


Texas Tollways
CO NCO Financial Systems
PO Box 51090
New Berlin, WI  53151


Texas Tollways NTTA
CO Southwest Credit
PO Box 1985
Southgate, MI  48195-0985


Texas Workforce Commission
Cashir - C3
PO Box 149037
Austin, TX  78714-9037


Time Warner
CO Amerisure Insurance
5221 N O Connor Blvd Ste 400
Irving, TX  75039-3711


Tooth Pro
PO Box 776
Mansfield, TX  76063-0776


Tren Tech
828 Howell Dr
Coppell, TX  75019-4527
```

TXU Energy
PO Box 100001
Dallas, TX  75310-0001


United Rentals
Credit Office
#584 File 51122
Los Angeles, CA  90074-1122


US Shoring & Equipment RMS
PO Box 86
Minneapolis, MN  55486-0086


Verizon Wireless/Vantage
PO Box 660108
Dallas, TX  75266-0108


Vision Bank
401 George Bush Fwy Ste 101
Richardson, TX  75080


Wells Fargo
6375 W Eldorado Pkwy
McKinney, TX  75070-5627


Wilke Tire Service, Inc.
1202 S Port Ave
Corpus Christi, TX  78405-2308


Zeke's Construction
4526 Orchid Ln
Corpus Christi, TX  78416-1102


Zurich
8712 Innovation Way
Chicago, IL  60682-0087