JENKO PAID RUSSELL + JENNY

## Jenko Contractors, Inc.
## Payroll Transactions by Payee
### January 1, 2008 through January 12, 2009

| Date | Name | Num | Type | Memo | Account | Amount |
|---|---|---|---|---|---|---|
| **Jennifer D Kovar** | | | | | | |
| 1/3/2008 | Jennifer D Kovar | 10304 | Paycheck | | Bank of America | -1,601.97 |
| 1/17/2008 | Jennifer D Kovar | 10319 | Paycheck | | Bank of America | -1,603.96 |
| 2/1/2008 | Jennifer D Kovar | 10369 | Paycheck | | Bank of America | -1,603.97 |
| 2/13/2008 | Jennifer D Kovar | 10401 | Paycheck | | Bank of America | -1,603.96 |
| 2/28/2008 | Jennifer D Kovar | 10444 | Paycheck | | Bank of America | -1,603.97 |
| 3/14/2008 | Jennifer D Kovar | 10461 | Paycheck | | Bank of America | -1,603.95 |
| 3/26/2008 | Jennifer D Kovar | 10501 | Paycheck | | Bank of America | -1,603.97 |
| 4/8/2008 | Jennifer D Kovar | 10551 | Paycheck | | Bank of America | -1,603.96 |
| 4/23/2008 | Jennifer D Kovar | 10570 | Paycheck | | Bank of America | -1,603.97 |
| 5/8/2008 | Jennifer D Kovar | 10007 | Paycheck | | Payroll Account | -1,603.96 |
| 5/22/2008 | Jennifer D Kovar | 10023 | Paycheck | | Payroll Account | -1,603.97 |
| 6/5/2008 | Jennifer D Kovar | 10042 | Paycheck | | Payroll Account | -1,603.96 |
| 6/20/2008 | Jennifer D Kovar | 10060 | Paycheck | | Payroll Account | -1,752.55 |
| **Total Jennifer D Kovar** | | | | | | -20,998.12 |
| **Russell A Kovar** | | | | | | |
| 1/3/2008 | Russell A Kovar | 10308 | Paycheck | | Bank of America | -1,117.17 |
| 1/17/2008 | Russell A Kovar | 10324 | Paycheck | | Bank of America | -1,117.17 |
| 2/1/2008 | Russell A Kovar | 10365 | Paycheck | | Bank of America | -1,117.17 |
| 2/13/2008 | Russell A Kovar | 10407 | Paycheck | | Bank of America | -1,117.16 |
| 2/28/2008 | Russell A Kovar | 10453 | Paycheck | | Bank of America | -1,117.17 |
| 3/14/2008 | Russell A Kovar | 16164 | Paycheck | | Bank of America | -1,117.17 |
| 3/26/2008 | Russell A Kovar | 10510 | Paycheck | | Bank of America | -1,117.18 |
| 4/8/2008 | Russell A Kovar | 10560 | Paycheck | | Bank of America | -1,117.17 |
| 4/23/2008 | Russell A Kovar | 10578 | Paycheck | | Bank of America | -1,117.17 |
| 5/8/2008 | Russell A Kovar | 10015 | Paycheck | | Payroll Account | -1,117.17 |
| 5/22/2008 | Russell A Kovar | 10032 | Paycheck | | Payroll Account | -1,117.17 |
| 6/5/2008 | Russell A Kovar | 10049 | Paycheck | | Payroll Account | -1,117.16 |
| 6/20/2008 | Russell A Kovar | 10067 | Paycheck | | Payroll Account | -1,117.17 |
| 7/2/2008 | Russell A Kovar | 10084 | Paycheck | | Payroll Account | -1,117.17 |
| 8/1/2008 | Russell A Kovar | 10111 | Paycheck | | Payroll Account | -1,117.17 |
| **Total Russell A Kovar** | | | | | | -16,757.54 |
| **TOTAL** | | | | | | -37,755.66 |