**James D. Shields, Esquire**
**State Bar No. 18260400**
**Shields, Britton & Fraser P.C.**
**5401 Village Creek Drive**
**Plano, Texas 75093**
**Telephone: 972.788.2040**
**Facsimile: 972.788.4332**
**E-mail: jshields@sbflegal.com**

**ATTORNEYS FOR**
**VISION BANK - TEXAS**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| **JENKO CONTRACTORS, INC.,** | § | CASE NO. 09-40216 |
| | § | |
| Debtor(s). | § | |

### NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002 AND ALL PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)

**COMES NOW, James D. Shields of Shields, Britton & Fraser P.C.**, counsel for **VISION BANK - TEXAS**, appearing in the above-styled cause, and requesting that copies of all notices, formal and informal, and pleadings pursuant to Rules 9010(b), 2002(a) and (b), and 3017(a) of the Bankruptcy Rules be served at the above address.

Respectfully submitted,
**Shields, Britton & Fraser P.C.**

By: /s/ James D. Shields
      **James D. Shields**
      **State Bar No. 18260400**

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served via ECF Notification and/or first class, United States certified mail upon: the Attorney for the United States Trustee, Chapter 7 Trustee Michelle Chow; Debtor's counsel, Larry Kent Hercules; and all other persons requesting notice then known to the undersigned, on or before February 20, 2009.

By: /s/ James D. Shields
      **James D. Shields**