## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| JENKO CONTRACTORS, INC., | § | CASE NO. 09-40216-btr-7 |
| | § | |
| Debtor. | § | |
| _____ | § | |
| | § | |
| MICHELLE H. CHOW, JR., CHAPTER 7 | § | ADVERSARY NO. 09-04238 |
| TRUSTEE, ON BEHALF OF THE ESTATE | § | |
| OF JENKO CONTRACTORS, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| FIDELITY AND DEPOSIT COMPANY OF | § | |
| MARYLAND, COLONIAL AMERICAN | § | |
| CASUALTY AND SURETY COMPANY and | § | |
| MERIDIAN COMMERCIAL, L.P. | § | |
| | § | |
| Defendants. | § | |

### MERIDIAN COMMERCIAL, L.P.'S NOTICE OF FRCP 26(a)(1) DISCLOSURES

Defendant Meridian Commercial, L.P. (**"Meridian"**) hereby notifies the court that its

disclosures have been made and served upon opposing counsel in this cause in compliance

and accordance with FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1):

[SIGNATURE BLOCK ON FOLLOWING PAGE]

By: */s/ Stewart Shurtleff*
Scott Griffith
State Bar No. 08482150
Email: sgriffith@gndlaw.com
Curtis Hubbard
State Bar No. 24029621
Email: chubbard@gndlaw.com
Stewart Shurtleff
State Bar No. 24046842
Email: sshurtleff@gndlaw.com

**GRIFFITH NIXON DAVISON, P.C.**
Two Lincoln Centre
5420 LBJ Freeway, Suite 900
Dallas, Texas 75240
T: 972-392-8900
F: 972-392-8901

**ATTORNEYS FOR MERIDIAN COMMERCIAL, L.P.**

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send notification of such filing to all counsel of record pursuant to the Local Rules.

*/s/ Stewart Shurtleff*